IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SEGUNDO MARCELO CHACHIPANTA CANDO,

Petitioner,

vs.

PAMELA BONDI, Attorney General; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; IMMIGRATION AND CUSTOMS ENFORCEMENT, DAVID EASTERWOOD, Acting Director, St. Paul Field Office Immigration and Customs Enforcement; and STEVE FANNON, or successor, Warden of McCook Detention Center;

Respondents.

**8:26CV46**

**JUDGMENT**

Pursuant to the Memorandum and Order entered on today's date, judgment is entered in favor of the Petitioner.

Dated this 9th day of February, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge